THE HONORABLE BARBARA J. ROTHSTEIN

1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ANNA NEMYKINA, for Herself, as a Private Attorney General, and/or On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> OLD NAVY, LLC; OLD NAVY (APPAREL), LLC; OLD NAVY HOLDINGS, LLC; GPS SERVICES, INC.; THE GAP, INC.; and DOES 1-25, inclusive, <br><br> Defendants. | No. 2:19-CV-01958-BJR <br><br> **STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO MOVE FOR CLASS CERTIFICATION** <br><br> **NOTE ON MOTION CALENDAR: MAY 27, 2020** |

11

12

13

14

15

16

17

18

19

## **STIPULATION**

WHEREAS, on December 1, 2019, Plaintiff Anna Nemykina filed this putative class action in this Court (Dkt. 1);

WHEREAS, on February 19, 2020, Defendants Old Navy, LLC, et al, filed a Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. 18);

WHEREAS, on April 29, 2020, this Court entered its Order Setting Trial Date & Related Dates (Dkt. 35) in which, among other dates, this Court scheduled the close of discovery to occur on April 21, 2021, the last day to file dispositive motions to be May 21, 2021, and the jury trial to

20

21

22

23

24

25

STIPULATED MOTION TO EXTEND DEADLINE FOR
PLAINTIFF TO MOVE FOR CLASS CERTIFICATION – 1
(CASE NO. 2:19-cv-01958-BJR

1  commence on October 18, 2021;

2  WHEREAS, Local Civil Rule 23(i)(3) requires that a plaintiff in a class action move for

3  certification of the class within one hundred eighty (180) days of the filing of the Complaint but that

4  "[t]his period may be extended on motion for good cause";

5  WHEREAS, the Ninth Circuit held that a similar local rule with a bright-line 90-day deadline

6  was incompatible with the flexible standard of Fed. R. Civ. P. 23 (*ABS Entertainment, Inc. v. CBS*

7  *Corp.*, 908 F.3d 405, 426–427 (9th Cir. 2018));

8  WHEREAS, Friday, May 29, 2020 is the date which falls one hundred eighty (180) days after

9  the filing of the Complaint;

10  WHEREAS, on May 15, 2020 the Court denied Defendants' Motion to Dismiss;

11  WHEREAS, Plaintiff is now diligently undertaking discovery, including having served

12  written discovery on Defendants on May 20, 2020;

13  WHEREAS Plaintiff will need additional time to take further discovery, including written

14  discovery, e-discovery, depositions, and possible third-party discovery, which will be required to

15  prepare and file a Motion For Class Certification;

16  WHEREAS, Plaintiff hereby requests an eight-month extension of her deadline to file a

17  Motion For Class Certification such that said motion would be due to be filed on or before February

18  16, 2021 (a date which falls before the discovery cut-off date and before the dispositive motion filing

19  date);

20  WHEREAS, the Parties agree to further meet and confer and present a briefing schedule to

21  this Court on any Motion for Class Certification to ensure that the Parties have adequate time to

22  complete expert depositions and prepare briefing in support of and in opposition to any Motion for

23  Class Certification;

24  NOW, THEREFORE, Plaintiff Anna Nemykina and Defendants Old Navy LLC, et al, hereby

25  STIPULATE and AGREE that the deadline for Plaintiff to file any Motion for Class Certification

should be extended to February 16, 2021.

STIPULATED MOTION TO EXTEND DEADLINE FOR
PLAINTIFF TO MOVE FOR CLASS CERTIFICATION – 2
(CASE NO. 2:19-cv-01958-BJR

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1       DATED this 27th day of May, 2020.

2

3   HATTIS & LUKACS                         CORR CRONIN LLP

4   *s/ Daniel Hattis*                      *s/ Emily Harris*
    Daniel Hattis, WSBA No. 50428           Steven W. Fogg, WSBA No. 23528
5   dan@hattislaw.com                       Emily Harris, WSBA No. 35763
    400 108th Avenue NE, Suite 500          Tori Ainsworth, WSBA No. 49677
6   Bellevue, WA 98004                      sfogg@corrcronin.com
    Tel: 425.233.8650                       eharris@corrcronin.com
7   Fax: 425.412.7171                       tainsworth@corrcronin.com
    *Attorneys for Plaintiff*               1001 Fourth Avenue, Suite 3900
8   *and the Proposed Class*                Seattle, WA 98154-1051
                                            206-625-8600 Phone
9                                           206-625-0900 Fax
                                            *Attorneys for Defendants*
10

11                                          MORGAN, LEWIS & BOCKIUS LLP

12                                          *s/ Joseph Duffy*
                                            Joseph Duffy (Admitted *Pro Hac Vice*)
13                                          joseph.duffy@morganlewis.com
                                            Morgan, Lewis & Bockius LLP
14                                          300 South Grand Avenue, Twenty-Second Floor
                                            Los Angeles, CA 90071-3132
15                                          Tel.: (213) 612-2500
                                            Attorneys for Defendants
16

17

18

19

20

21

22

23

24

25

STIPULATED MOTION TO EXTEND DEADLINE FOR
PLAINTIFF TO MOVE FOR CLASS CERTIFICATION – 3
(CASE NO. 2:19-cv-01958-BJR

1

## **ORDER**

2
        Based on the foregoing Stipulated Motion of the parties and good cause shown, it is hereby

3
ordered that the deadline for Plaintiff to file a Motion for Class Certification is extended to February

4
16, 2021.

5
        DATED this 3rd day of June, 2020.

6

7

8
_____

9
Barbara Jacobs Rothstein
U.S. District Court Judge

10
Presented by:

11
CORR CRONIN LLP

12
*s/ Emily Harris*
_____

13
Steven W. Fogg, WSBA No. 23528
Emily Harris, WSBA No. 35763

14
Tori Ainsworth, WSBA No. 49677

15
sfogg@corrcronin.com
eharris@corrcronin.com

16
tainsworth@corrcronin.com
1001 Fourth Avenue, Suite 3900

17
Seattle, WA 98154-1051
206-625-8600 Phone

18
206-625-0900 Fax
*Attorneys for Defendants*

19

20
HATTIS & LUKACS

21
*s/ Daniel Hattis*
_____

22
Daniel Hattis, WSBA No. 50428
dan@hattislaw.com

23
400 108th Avenue NE, Suite 500
Bellevue, WA 98004

24
Tel: 425.233.8650
Fax: 425.412.7171

25
*Attorneys for Plaintiff
and the Proposed Class*

STIPULATED MOTION TO EXTEND DEADLINE FOR
PLAINTIFF TO MOVE FOR CLASS CERTIFICATION – 4
(CASE NO. 2:19-cv-01958-BJR

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900