THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ANNA NEMYKINA, for Herself, as a Private Attorney General, and/or On Behalf Of All Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>OLD NAVY, LLC; OLD NAVY (APPAREL), LLC; OLD NAVY HOLDINGS, LLC; GPS SERVICES, INC.; THE GAP, INC., and DOES 1-20, inclusive,<br><br>　　　　　　　　　　　Defendants. | No.  2:19-cv-01958-BJR<br><br>**STIPULATION AND** [PROPOSED] **ORDER RE: SETTLEMENT** |

STIP. AND ORDER RE: SETTLEMENT - 1
19-CV-01958-BJR

**HATTIS & LUKACS**
400 108th Avenue, Suite 500
Bellevue, WA  98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com

Plaintiff Anna Nemykina ("Plaintiff") and Defendants Old Navy, LLC, Old Navy (Apparel), LLC, Old Navy Holdings, LLC, GPS Services, Inc., and The Gap, Inc. (collectively, "Defendants"), through their respective counsel of record, hereby inform the Court as follows:

WHEREAS, on or about February 15, 2021, Plaintiff and Defendants executed a written settlement agreement which would settle all of Plaintiff Nemykina's individual claims and class claims;

WHEREAS, the settlement agreement is a consolidated agreement which would settle this civil action and also simultaneously settle three other civil actions brought against Defendants alleging similar claims of advertising false discounts (which Defendants deny). Of these three other civil actions, two are pending in the San Francisco Superior Court[1] and one was pending in the U.S. District Court for the District of New Jersey;[2]

WHEREAS, Plaintiff and Defendants will submit the Settlement Agreement to the San Francisco Superior Court for its approval. If the San Francisco Superior Court approves the Settlement Agreement, the settlement will resolve all of the individual and class claims alleged by Plaintiff Nemykina and the plaintiffs in the three other actions; Plaintiff Nemykina would file a voluntary dismissal of this civil action after the conclusion of proceedings in the California state courts. If the San Francisco Superior Court does not approve the Settlement Agreement, then, per Paragraph 4.3 of the Settlement Agreement, the agreement "shall be deemed null and void *ab initio* and the Parties shall be deemed restored to their respective positions *status quo ante*";

NOW, THEREFORE, Plaintiff and Defendants STIPULATE and AGREE that:

1. All deadlines in this civil action which fall today or after today should be vacated.

---

[1] *Barba v. Old Navy, LLC, et al.*, Case No. CGC-19-581937 (S.F. Super. Ct.); *Andrews v. Old Navy, LLC, et al.*, Case No. CGC-19-580710 (S.F. Super. Ct.).

[2] *Tripicchio v. Old Navy, LLC, et al.*, Case No. 1:20-cv-1419 (D.N.J.).

STIP. AND ORDER RE: SETTLEMENT - 2
19-CV-01958-BJR

**HATTIS & LUKACS**
400 108th Avenue, Suite 500
Bellevue, WA 98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com

2. The Court should order the parties to submit a joint report regarding the status of the Settlement Agreement every four (4) months.

DATED this 16th day of February, 2021.

| HATTIS & LUKACS | CORR CRONIN LLP |
|---|---|
| /s Daniel Hattis<br>Daniel Hattis, WSBA No. 50428<br>dan@hattislaw.com<br>400 108th Avenue NE, Suite 500<br>Bellevue, WA 98004<br>Tel: 425.233.8650<br>Fax: 425.412.7171<br>*Attorneys for Plaintiff<br>and the Proposed Class* | /s/ Emily Harris<br>Emily Harris, WSBA No. 35763<br>eharris@corrcronin.com<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154-1051<br>206-625-8600 Phone<br>206-625-0900 Fax<br>*Attorneys for Defendants* |
| DeNITTIS OSEFCHEN PRINCE, P.C.<br>/s Stephen P. DeNittis<br>Stephen DeNittis, (Admitted *Pro Hac Vice*)<br>sdenittis@denittislaw.com<br>525 Route 73 North, Suite 410<br>Marlton, New Jersey 08053<br>Tel: (856) 797-9951<br>*Attorneys for Plaintiff<br>and the Proposed Class* | MORGAN, LEWIS & BOCKIUS LLP<br>/s/ Joseph Duffy<br>Joseph Duffy (Admitted *Pro Hac Vice*)<br>joseph.duffy@morganlewis.com<br>Morgan, Lewis & Bockius LLP<br>300 South Grand Avenue, Twenty-Second Floor<br>Los Angeles, CA 90071-3132<br>Tel: (213) 612-2500<br>*Attorneys for Defendants* |

## **ORDER**

IT IS SO ORDERED.

DATED this _____ day of February, 2021.

_____
The Honorable Barbara J. Rothstein
United States District Court Judge

STIP. AND ORDER RE: SETTLEMENT - 3
19-CV-01958-BJR

**HATTIS & LUKACS**
400 108th Avenue, Suite 500
Bellevue, WA 98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington and the United States of America, that on the 16th day of February, 2021, the document attached hereto was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

DATED this 16th day of February, 2021.

*/s/ Che Corrington*
Che Corrington, WSBA No. 54241

STIP. AND ORDER RE: SETTLEMENT. - 4
19-CV-01958-BJR

**HATTIS & LUKACS**
400 108th Avenue, Suite 500
Bellevue, WA 98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com