THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ANNA NEMYKINA, for Herself, as a Private Attorney General, and/or On Behalf Of All Others Similarly Situated,

Plaintiff,

v.

OLD NAVY, LLC; OLD NAVY (APPAREL), LLC; OLD NAVY HOLDINGS, LLC; GPS SERVICES, INC.; THE GAP, INC., and DOES 1-20, inclusive,

Defendants.

No. 2:19-cv-01958-BJR

**JOINT STATUS REPORT AND STIPULATED REQUEST FOR AND ORDER OF DISMISSAL WITH PREJUDICE**

JOINT STATUS REPORT AND
REQUEST FOR AND ORDER OF DISMISSAL - 1
19-CV-01958-BJR

**HATTIS & LUKACS**
400 108th Avenue NE, Suite 500
Bellevue, WA 98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com

WHEREAS, Plaintiff Anna Nemykina ("Plaintiff") and Defendants Old Navy, LLC, Old Navy (Apparel), LLC, Old Navy Holdings, LLC, GPS Services, Inc., and The Gap, Inc. (collectively, "Defendants"), through their respective counsel of record, hereby submit this Joint Status Report and Stipulated Request For Dismissal With Prejudice;

WHEREAS, on or about February 15, 2021, Plaintiff and Defendants executed a written settlement agreement ("Settlement Agreement") which, if granted final approval, would settle Plaintiff Nemykina's individual claims and class claims, as well as the claims of three other plaintiffs and classes in three other class actions (Dkt. 46);

WHEREAS, on February 17, 2021, this Court entered a Stipulation And Order Re: Settlement (Dkt. 46) directing the parties to submit a joint report regarding the status of the Settlement Agreement within 21 days of the approval of the Settlement Agreement;

WHEREAS, on March 18, 2022, the San Francisco Superior Court (by Hon. Ethan P. Schulman) granted final approval of the Settlement Agreement and entered final Judgment in the civil action captioned *Anastasha Barba v. Old Navy, LLC*, Case No. CGC-19-581937, thereby certifying the settlement class and resolving, among other things, the individual and class claims alleged by Plaintiff Nemykina in the case at bar;

NOW, THEREFORE, Plaintiff and Defendants STIPULATE and AGREE that, pursuant to Fed.R.Civ.P. 23(e), this Court should enter an Order dismissing this civil action with prejudice.

DATED this 8th day of April, 2022.

| HATTIS & LUKACS | CORR CRONIN LLP |
|---|---|
| */s Daniel Hattis* | */s/ Emily Harris* |
| Daniel Hattis, WSBA No. 50428 | Emily Harris, WSBA No. 35763 |
| dan@hattislaw.com | eharris@corrcronin.com |
| 400 108th Avenue NE, Suite 500 | 1001 Fourth Avenue, Suite 3900 |
| Bellevue, WA 98004 | Seattle, WA 98154-1051 |
| Tel: 425.233.8650 | 206-625-8600 Phone |
| Fax: 425.412.7171 | 206-625-0900 Fax |
| *Attorneys for Plaintiff and the Proposed Class* | *Attorneys for Defendants* |

JOINT STATUS REPORT AND
REQUEST FOR AND ORDER OF DISMISSAL - 2
19-CV-01958-BJR

HATTIS & LUKACS
400 108th Avenue NE, Suite 500
Bellevue, WA  98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com

| | |
|---|---|
| DeNITTIS OSEFCHEN PRINCE, P.C. | MORGAN, LEWIS & BOCKIUS LLP |
| */s Stephen P. DeNittis* | */s/ Joseph Duffy* |
| Stephen DeNittis, (Admitted *Pro Hac Vice*) | Joseph Duffy (Admitted *Pro Hac Vice*) |
| sdenittis@denittislaw.com | joseph.duffy@morganlewis.com |
| 525 Route 73 North, Suite 410 | Morgan, Lewis & Bockius LLP |
| Marlton, New Jersey 08053 | 300 South Grand Avenue, |
| Tel: (856) 797-9951 | Twenty-Second Floor |
| *Attorneys for Plaintiff* | Los Angeles, CA 90071-3132 |
| *and the Proposed Class* | Tel: (213) 612-2500 |
| | *Attorneys for Defendants* |

## ORDER

IT IS SO ORDERED.

Pursuant to Fed.R.Civ.P. 23(e), the Court hereby DISMISSES this civil action with prejudice. The Court hereby instructs the Clerk of the Court to close the file.

DATED this 6th day of May, 2022.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

JOINT STATUS REPORT AND
REQUEST FOR AND ORDER OF DISMISSAL - 3
19-CV-01958-BJR

**HATTIS & LUKACS**
400 108th Avenue NE, Suite 500
Bellevue, WA 98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com

JOINT STATUS REPORT AND
REQUEST FOR DISMISSAL - 4
19-CV-01958-BJR

**HATTIS & LUKACS**
400 108th Avenue NE, Suite 500
Bellevue, WA 98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com